441 F.2d 1164
 UNITED STATES of America, Plaintiff-Appellee,
v.
Thomas Edward HENK, Defendant-Appellant.
 No. 26853.
 United States Court of Appeals, Ninth Circuit.
 May 11, 1971.
 
 Robert H. Green (argued), Santa Ana, Cal., for appellant.
 David Fox (argued), Asst. U.S. Atty., Robert L. Meyer, U.S. Atty., Gregory Fischbach, Asst. U.S. Atty., David R. Nissen, Chief, Crim. Div., Los Angeles, Cal., for appellee.
 Before MERRILL, ELY and TRASK, Circuit Judges.
 PER CURIAM:
 
 
 1
 On the authority of Ehlert v. United States, 401 U.S. , 91 S.Ct. 1319, 28 L.Ed.2d 625 (1971), and United States v. Nix, 437 F.2d 746 (9th Cir. 1971).
 
 
 2
 Judgment is affirmed.